UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINA ALEXANDER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX M. AZAR II, Secretary of the Department ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:11-cv-1703-MPS |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Plaintiffs in the above-captioned action. I have been admitted *pro hac vice* before this Court.

Dated:  March 12, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Steven D. Guggenheim*
Steven D. Guggenheim (Bar No. ct07287)
*Admitted Pro Hac Vice*
650 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 493-9300
Facsimile: (650) 565-5100
Email:  sguggenheim@wsgr.com

CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2018, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Steven D. Guggenheim*
      Steven D. Guggenheim (Bar No. ct07287)
      *Admitted Pro Hac Vice*
      650 Page Mill Road
      Palo Alto, California 94304
      Telephone:  (650) 493-9300
      Facsimile: (650) 565-5100
      Email:  sguggenheim@wsgr.com