# EXHIBIT 32

Lodged Conditionally Under Seal Pursuant to Local Civil Rule 5(e)
(Record is subject to an accompanying motion to file under seal)