UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINA ALEXANDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of Health and Human Services, <br><br> Defendant. | Case No.:  3:11-cv-1703-MPS |

**DEFENDANT'S MOTION TO DISMISS THE CASE
FOR LACK OF SUBJECT MATTER JURISDICTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated January 30, 2019, and all prior proceedings herein, defendant Alex M. Azar II, Secretary of Health and Human Services ("Defendant"), by his undersigned counsel, hereby moves to dismiss this case for lack of subject matter jurisdiction pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Pursuant to Local Civil Rule 7(a)(2), Plaintiffs' opposition to Defendant's motion to dismiss the case for lack of subject matter jurisdiction must be filed by February 20, 2019.

Dated: January 30, 2019                                   Respectfully submitted,

                                                                  JOSEPH H. HUNT
Assistant Attorney General

JOHN DURHAM
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
KELLEY HAUSER
JASON LEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-9237
elizabeth.tulis@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the parties.

/s/ *Elizabeth Tulis*
ELIZABETH TULIS