**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

CHRISTINA ALEXANDER, *et al.*,

      Plaintiffs,

  v.

ALEX M. AZAR II, Secretary of Health and
Human Services,

      Defendant.

Case No.:  3:11-cv-1703-MPS

**DEFENDANT'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS
OF FACT AND CONCLUSIONS OF LAW**

Defendant respectfully requests an extension of time of 10 days, to and including October 31, 2019, for Defendant to submit his post-trial proposed findings of fact and conclusions of law, including the responses to Plaintiffs' submission and the Court's questions.

1.      Pursuant to the current post-trial briefing schedule, Plaintiffs filed their proposed findings on September 19, 2019; Defendant's proposed findings, including responses to Plaintiffs' submission and the Court's questions, are due on October 21, 2019; and Plaintiffs' reply is due November 5, 2019. *See* ECF No. 426; Fed. R. Civ. P. 6(a).

2.      Defendant's counsel has been diligently working to prepare Defendant's post-trial submission, but now seeks a limited extension of time to complete the filing, for the reasons that follow.

3.      One of the three attorneys who represented Defendant at trial was out of the office for part of September due to unanticipated medical issues. A second attorney has been on paternity leave since late September. In addition, the undersigned counsel faced the press of business in several other cases, including two briefs due on September 27 and an unanticipated oral argument on October

2, and was out of the office for several days in late September and early October due to the Jewish

holidays.

4.        Defendant's counsel nonetheless hoped to be able to submit Defendant's proposed

findings of fact and conclusions of law and the requested post-trial briefs according to the schedule

set by the Court, and have been making every effort to do so. However, it has now become clear that

Defendant requires a limited extension of time to complete his submission. Because the undersigned

counsel will be traveling for an oral argument in another case next Tuesday and Wednesday, Defendant

respectfully requests a 10-day extension, up to and including October 31, 2019, to file his proposed

findings of fact and conclusions of law, including the additional briefing requested by the Court.

Plaintiffs consent to this request, provided that the Court extends Plaintiffs' reply deadline by

21 days, to November 26, 2019, to which Defendant does not object. This is Defendant's first request

for an extension of the deadline to file his proposed findings of fact and conclusions of law.

DATED:  October 17, 2019                    Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            JOHN DURHAM
                                            United States Attorney

                                            MICHELLE R. BENNETT
                                            Assistant Branch Director

                                            /s/ Elizabeth Tulis
                                            ELIZABETH TULIS
                                            KELLEY HAUSER
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, D.C.  20005
                                            Telephone: (202) 514-9237
                                            Facsimile: (202) 616-8470
                                            E-mail: elizabeth.tulis@usdoj.gov

                                            **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2019, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will send a notification

of electronic filing to the parties.

/s/ Elizabeth Tulis
Elizabeth Tulis