UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINA ALEXANDER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX M. AZAR, II., Secretary of<br>Health and Human Services,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 3:11-cv-1703-MPS<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO SUPPLEMENTAL BRIEFS**

Pursuant to L.R. Civ. P. 7(b), Plaintiffs respectfully request an extension of 7 days, to February 28, 2020, to file their reply to the Secretary's supplemental brief, with the same extension to apply to the Secretary's reply. Plaintiffs make this request for the following reasons:

1. On January 28, 2020, the Court ordered supplemental post-trial briefing on four questions, with a memorandum from each party to be filed by February 14 and replies by February 21 (ECF #432).

2. Plaintiffs will file their initial brief by February 14, 2020. However two of Plaintiffs' counsel with primary drafting responsibility, including the undersigned, will be unavailable the following week, up to and including February 21, when the reply is due. This is due to previously scheduled travel for both and accompanying a family member to a medical procedure for one.

Plaintiffs have not previously requested an extension for the reply memorandum.

3. Plaintiffs' counsel conferred with the Secretary's counsel and the Secretary has no objection to the proposed extension, with the same extension to be applied to the Secretary's reply (to which Plaintiffs consent).

Accordingly, Plaintiffs request an extension until February 28, 2020, for the parties to file replies to the supplemental memoranda.

Dated: January 30, 2020  Respectfully submitted,

*/s/ Alice Bers*
ALICE BERS
Federal Bar No. ct28749
abers@medicareadvocacy.org
WEY-WEY KWOK
Phv #03359
wkwok@medicareadvocacy.org
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
(860) 456-7790
Fax (860) 456-2614

REGAN BAILEY
*pro hac vice*
rbailey@justiceinaging.org
CAROL WONG
*pro hac vice*
cwong@justiceinaging.org
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC 20005
(202) 552-6743
Fax (202) 289-7224

DAVID J. BERGER
*pro hac vice*
dberger@wsgr.com
STEVEN GUGGENHEIM
*pro hac vice*

        sguggenheim@wsgr.com
        LUKE A. LISS
        Bar No. phv07485
        lliss@wsgr.com
        DYLAN G. SAVAGE
        Bar No. phv07487
        dsavage@wsgr.com
        ALEXANDER K. BREHNAN
        *pro hac vice*
        abrehnan@wsgr.com
        Wilson Sonsini Goodrich & Rosati
        650 Page Mill Road
        Palo Alto, CA 94304
        (650) 493-9300
        Fax (650) 565-5100

        LINDSEY EDWARDS
        *pro hac vice*
        ledwards@wsgr.com
        Wilson Sonsini Goodrich & Rosati
        1700 K Street, NW Suite 500
        Washington, DC 20006
        (202) 973- 8959
        Fax: (202) 973-8899

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2020, a copy of the foregoing Consent Motion for Extension of Time to File Replies to Supplemental Briefs was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Alice Bers*
        Alice Bers
        Center for Medicare Advocacy, Inc.