# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand twenty-three.

_____

| | |
|---|---|
| Michael Savage, on behalf of himself and all others similarly situated, Lee Barrows, on behalf of herself and all others similarly situated, George Renshaw, on behalf of himself and all others similarly situated, Shirley Burton, on behalf of herself and all others similarly situated, Denise Rugman, on behalf of herself and all others similarly situated, Ann Pelow, Executor of Estate of Richard Bagnall, James Mulcahy, Executor of the Estate of Sarah Mulcahy, | **ORDER**<br>Docket No. 23-478 |

        Plaintiffs - Appellants,

Christina Alexander, Represenative of Estate of Bernice Morse, Mary Smith, Representative of the Estate of Martha Leyanna, Peggy Leider, for Irma Becker, Peter Zavidniak, for Louis Dziadzia, Gary Goodman, Estate of Dorothy Goodman, Michael Holt, Executor of the Estate of Charles Holt, Brenda Hardy, Executrix of the Estate of Loretta Jackson

        Intervenor Plaintiffs-Appellants,

Richard Bagnall, on behalf of himself and all others similarly situated, Sarah Mulcahy, on behalf of herself and all others similarly situated

        Plaintiffs,

Louis Dziadzia, Bernice Morse, Loretta Jackson, Frederick Ruschmann, Martha LeYanna, Irma Becker, Charles Holt, on behalf of themselves and all others similarly situated, Jessie Ruschmann, Representitive of the Estate of Frederick Ruschmann, Dorothy Goodman, on behalf of herself and all others similarly situated,

CERTIFIED COPY ISSUED ON 08/14/2023

    Intervenor Plaintiffs,

v.

Xavier Becerra, Secretary of Health and Human Services,

    Defendant - Appellee.
_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

  The stipulation is hereby "So Ordered".

            For The Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit